UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSE RENE MELENDEZ AYALA,

                Petitioner,

v.                                                         25-CV-06697-EAW

JOSEPH FREDEN, in his official capacity as Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement, et al.,

                Respondents.

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this action without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated:      December 1, 2025

BY:   /s/ Grace E. Zaiman
*Attorney for Petitioner*
250 Mill St,
Rochester, NY 14614
Email: grace@zaimanlaw.com
Tel: 585-210-9868

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

BY:   /s/ADAM A. KHALIL
Assistant United States Attorney
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3979
adam.khalil@usdoj.gov

SO ORDERED

ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
Dated: December 1, 2025